FILED
MAR 21 2022
PETER A. MOORE, JR., CLEF
US DISTRICT COURT, EDN(
BY_____ DEP C

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO.
1105-0008

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) |
|---|---|
| United States of America, et. al | Shannon R. Hamilton, Reg. No. 51518-018<br>F.M.C Butner<br>P.O. Box 1600<br>Butner, NC. 27509-4600 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☑ CIVILIAN | 4. DATE OF BIRTH<br>May 11, 1970 | 5. MARITAL STATUS<br>DIVORCED | 6. DATE AND DAY OF ACCIDENT<br>Jan. 3 — Feb. 16, 2022 | 7. TIME (A.M. OR P.M.)<br>24 hours a day |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.) After dental x-rays while housed in Oklahoma 2019-2020 it was determined that there was a cracked root to my left front tooth that would eventually need extraction at some point. Upon arrival here at F.M.C. Butner Dec. 28, 2021 I, claimant submitted a **WRITTEN** dental sick-call request to have the tooth extracted because (CONTINUED) PAGE 2

### 9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code). N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.) N/A

### 10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. The presence of a serious dental need is based on factor(s) such as: infection, bleeding, pain etc. suffered by the claimant. The "unnecessary and wanton infliction of pain" violates the cruel and unusual (CONTINUED PAGE #3)

### 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Case Manager Mrs. Hester — EMPLOYEE<br>Counselor Mr. Lloyd — EMPLOYEE<br>Nurse Practitioner (N/A) — EMPLOYEE<br>Chance Christian #31333-509 — INMATE | F.M.C. Butner (Cadre Unit A)<br>P.O. Box 1600<br>Butner, NC. 27509-4600 |

### 12. (See instructions on reverse.) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY<br>$75,000.00 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.)<br>$75,000.00 |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form<br>N/A | 14. DATE OF SIGNATURE<br>Mar. 14, 2022 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

95-109

NSN 7540-00-634-4046

STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☑ No

*N/A*

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☐ No    | 17. If deductible, state amount.

*N/A*

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

*N/A*

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☑ No

*N/A*

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

the tooth began to hurt, bleed + pus at night during sleep, on Jan. 3 — 7 week of 2022 to physician Mrs. Green.

On or about Jan 14, 2022 I was taken to dental. I informed both dental physician(s) that my left front tooth had a broken root, it was visibly hanging a ¼ inch, loose, swollen gums around the tooth, pus and blood was also around the tooth area and I was now in excruciating pain.

However, I was DENIED dental treatment in it's totality because the dental physician(s) stated that I was not there for dental sick-call, and I was only there for an initial/intake exam, while the tooth visibly looked the way it did and knowing that I was in pain.

On Jan. 26, 2022 @ 8:02 am, Complaintant forwarded an [ELECTRONIC SICK-CALL] request to dental again and explained that I was in excruciating pain, that I was unable to bite/chew my food correctly and the conditions of my tooth.

On Jan. 28, 2022 @ 11:12 am, I was electronically informed that I had been placed on a dental list and to look for my name on call-out list.

Feb. (DATE UNKNOWN), Complaintant had a call-out for the "Clinic" at that time I explained/showed the Nurse Practitioner the hanging, broken, swollen gums and infected etc. tooth, she IMMEDIATELY forwarded an e-mail to dental staff stating that my tooth needed immediate extraction at the earliest convenience.

Feb. 9, 2022 @ 2:49 pm, Complaintant forwarded an [ELECTRONIC COMPLAINT] to the Medical Assistant Warden informing him/her of the aforementioned issue's, condition's and that I was being DENIED dental treatment and I was in excruciating pain.

Feb. 10, 2022 @ 12:51 pm, Complaintant forwarded an [ELECTRONIC COMPLAINT] to dental staff for being DENIED dental treatment for over 1½ months. since I had written/submitted the first dental sick-call request the of Jan. 3 - 7, 2022.

On Feb. 16, 2022 @ 5:07 pm, Complaintant forwarded an [ELECTRONIC NOTIFICATION] to the Medical Assistant Warden stating that due to the continued DENIAL of dental treatment and continuous excruciating pain, not being able to bite nor chew my food properly etc. the Complaintant had no other choice but to extract his own tooth by his own hands or remain suffering.

Approximately one week later the Complaintant had to, with a pair of [TWEEZERS] dig in to the tooth canal of his skull to

CONTINUED #10 (Nature and Extent of Injury.. Forms Basis of the Claim(s))

punishment as **GUARANTEED** by the Eighth Amendment. Intentional **DENIAL** of needed care by prison officials conduct indicates **DELIBRATE INDIFFERENCE.**

The failure to provide [**REASONABLE**, and **REASONABLE PROMPT**] attention for conditions such as dental pain, bleeding, and swelling of the gums **ARE SERIOUS NEEDS** and the failure to provide care, violates the Constitution. **SEE>** HARTSFIELD v. COLBURN, 371 F. 3d 454, 457 (8th Cir. 2004)(dental pain, bleeding, and swelling were serious needs because the need would have been obvious to a layperson); GOODNOW v. PALM, 264 F. Supp. 2d 125, 132-33 (D. Vt. 2003)(painful broken tooth was serious need); HARRISON v. BARKLEY, 219 F. 3d 132, 137 (2d Cir. 2000)(a cavity presents a serious dental need if it is not treated); and WILLIAMSON v. BREWINGTON-CARR, 173 F. Supp. 2d 235, 239 (D. Del. 2001)(infected tooth was a serious need).

At this time, Claimant further sayeth naught.

CC: File copy
Dated: March 14, 2022

Respectfully Submitted

Shannon R. Hamilton
Reg. No. 51518-018
F.M.C. Butner
P.O. Box 1600
Butner, NC. 27509-4600